

BA2025154568D

B3888-4217 07/28/2025 7:26 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20251545680 |
| Date Filed: 7/28/2025 |

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | MATCHROOM BOXING USA LLC |
| Entity No. | 201812410729 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 14TH FLOOR, SOUTH TOWER, 470 PARK AVENUE S. NEW YORK, NY 10016 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 14TH FLOOR, SOUTH TOWER, 470 PARK AVENUE S. NEW YORK, NY 10016 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | UNITED CORPORATE SERVICES, INC. 608 UNIVERSITY AVENUE SACRAMENTO, CA 95825 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| EDWARD McCARTHY | United Kingdom 12 HAMMERSMITH GROVE LONDON, UK W6 7AP |
| Marc Watson | United Kingdom 12 HAMMERSMITH GROVE LONDON, UK W6 7AP |
| Edward Hearn | Other Country Mascalls, Mascalls Lane Essex, CM14 5LJ |
| Shaun Palmer | Other Country Mascalls, Mascalls Lane Essex, CM14 5LJ |
| Frank Smith | Other Country Mascalls, Mascalls Lane Essex, CM14 5LJ |
| + WALKER JACOBS | 14TH FLOOR, SOUTH TOWER, 470 PARK AVENUE S. NEW YORK, NY 10016 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | UNITED CORPORATE SERVICES, INC. Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | PROMOTION OF PROFESSIONAL BOXING EVENTS |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |

| None Entered |
| --- |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*WALKER JACOBS*

Signature

*07/28/2025*

Date

B3888-4218  07/28/2025  7:26 AM Received by California Secretary of State