# DAZN, Matchroom Boxing agree to contract extension through 2031

dazn.com/en-US/news/boxing/dazn-matchroom-boxing-contract-extension-2031/1faqeigsqql701af0nzcozxo4u

February 18, 2026

DAZN

Published by Steven Muehlhausen



Matchroom Boxing
▶ 3 fight nights. 1 unmissable weekend. Only on DAZN

Matchroom Boxing isn't going anywhere.

It was announced on Wednesday that DAZN and Matchroom have agreed to a five-year contract extension in the United States and the United Kingdom, which keeps the long-term partnership between the two boxing heavyweights intact.

"Our new five-year deal with Matchroom Boxing builds on the success of our longstanding partnership and reaffirms DAZN as the global home of boxing. Matchroom Boxing trusts DAZN to deliver the best experiences for the biggest fights for boxing fans everywhere," Shay Segev, DAZN Group CEO, said in a statement. "Together, we'll continue to raise the bar.

"DAZN is the only partner that matches our ambitions for boxing," Eddie Hearn, Chairman of Matchroom Sport, also said in a statement. "Their global platform, investment, passion, and commitment to boxing make them the perfect partner for Matchroom Boxing's fighters and events. This new, five-year deal in two of the world's most important boxing markets reinforces our belief and trust in DAZN, and the scale of what we can achieve together."

Matchroom Boxing's elite roster is one of the strongest and most dynamic in all of boxing, which includes the likes of Anthony Joshua, Katie Taylor, unified light heavyweight champion Dmitry Bivol, unified super flweight champion Jesse 'Bam' Rodriguez, Jaron "Boots" Ennis, Ben Whittaker, Conor Benn, WBC super lightweight titlist Dalton Smith, and IBF super welterweight titleholder Josh Kelly.

With more than 30 blockbuster fight nights to be available on DAZN per year by Matchroom, boxing fans can already look forward to watching an explosive all-Mexican unification bout at super featherweight on Saturday, February 28 as IBF titlist Eduardo 'Sugar' Nunez collides with WBO king Emanuel Navarrete in a huge showdown between two renowned knockout artists and this Saturday as British rivals lock horns when Leigh Wood and Josh Warrington look to settle their score.

Also announced is a new partnership between DAZN's Foxtel and Matchroom Boxing in Australia. This agreement will see seven major Matchroom Boxing events broadcast on Kayo Sports and Foxtel in 2026, bringing top-tier global boxing to Australian audiences.



## 3 fight nights, 1 unmissable weekend - only on DAZN

Watch three amazing fights this weekend - Feb 21-22 - exclusively on DAZN. It's Barrios vs. Garcia for the WBC welterweight title on PPV; with Wood vs. Warrington II, and Shields vs. Crews-Dezurn II on DAZN subscription. Get all three all included with DAZN Ultimate Tier.

For more information, pricing and to watch, click here.